1  Michelle J. Shvarts (SBN 235300)
2  DISABILITY ADVOCATES GROUP
   18321 Ventura Blvd. Suite 355
3  Tarzana, CA 91356
4  TEL/FAX:  (800) 935-3170
   mshvarts@dagaccess.com
5  Attorneys for Plaintiff, Andrea Wyant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ANDREA WYANT, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 2:24-cv-05958-SSC |
| v. | ) | [~~PROPOSED~~] ORDER FOR AWARD OF EAJA FEES |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount **TWO THOUSAND NINE HUNDRED AND THIRTY FIVE DOLLARS** ($2,935.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: December 10, 2024

                                                _____
                                                Hon. Stephanie S. Christensen
                                                United States Magistrate Judge